AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ~~Evan~~ Edwin Joseph Ospina, | ) Case No.  15-6511-SELTZER |
| | ) |
| | ) |
| | ) |
| Defendant. | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/10/2015- 10/14/2015__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | That the defendant did knowingly distribute, any visual depiction, using any means and facility of interstate and foreign commerce and that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1). |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_/s/_
*Complainant's signature*

Vanessa Blanco, Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 24, 2015

_/s/_
*Judge's signature*

City and state: Fort Lauderdale, Florida     Barry S. Seltzer U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Vanessa Blanco, Special Agent with Homeland Security Investigations (HSI), having been first duly sworn, do hereby depose and state as follows:

### I. BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for offenses enumerated in the Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, *et seq.*

2. I am employed as a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Fort Lauderdale, Florida. I have been employed as a Special Agent since October 2002. I am currently assigned to the Assistant Special Agent in Charge (ASAC) Fort Lauderdale Office. As a Special Agent with HSI, I investigate criminal violations relating to child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. § 2252 and the coercion and enticement of minors to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b).

3. As a Federal Agent, I have received training in the investigation of child pornography and child exploitation and have participated in numerous types of investigations involving crimes against children, including investigations related to the distribution of materials relating to the sexual exploitation of children. In the course of these investigations, I have reviewed hundreds of still images and videos containing child pornography in all forms of media, including computer media, and have discussed and reviewed these materials with other

1

law enforcement officers. I have executed several search warrants that have led to seizures of child pornography.

4. This affidavit is made in support of a Criminal Complaint charging, ~~Evan~~ Joseph *Edwin* OSPINA, hereinafter referred to as **OSPINA**, who did knowing receive and/or distribute any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

5. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officerS and other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent with HSI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## II. SUMMARY OF INVESTIGATION TO DATE

6. In October 2015, law enforcement, using investigative software, identified a user on the ARES P2P file-sharing network whose shared folder contained suspected images of child pornography available for distribution on the network. Law enforcement was able to identify the IP Address associated with that user as 108.245.249.152 (hereinafter the "Target IP Address").

7. Between the dates of October 10, 2015 and October 14, 2015, law enforcement officers, utilizing P2P software on an undercover computer, successfully established an Internet

2

connection with a computer assigned to the Target IP Address. Once establishing that connection, law enforcement downloaded thirteen (13) video files. These thirteen (13) video files had been made available for sharing from that computer. As detailed below, these video files had file names suggesting that the files contained child pornography, including phrases like "PTHC," which stands for "pre-teen hard core."

    8.    Thereafter, law enforcement reviewed the contents of the thirteen (13) downloaded files and observed child pornography. Among those files containing child pornography, the following four (4) are described below:

    a. The first file is a video entitled "**boy + man 2-4 years toddler boy old-asshole fuck(4).avi**". This video depicts a minor boy being anally penetrated by an adult male. Video last 4:15 minutes.

    b. The second file is a video entitled "**1 adlt 3 chis gys 2.avi**". This video depicts three prepubescent, naked boys being touched by an adult male. One of the prepubescent boys is being penetrated by an adult male. Video last 9:09 minutes.

    c. The third file is a video entitled "**pp farcito 8yr boy + man – Jonas-fuck and cum.wmv**". This video depicts a minor boy being anally penetrated by an adult male. Video last 1:41 minutes.

    d. The fourth file is a video entitled "**[boy+man] man fucks 2 boys-indian boy490.3gp**" This video depicts two minor boys being anally penetrated by an adult male. Video last 6:40 minutes.

    9.    On October 22, 2015, your affiant received the DHS Summons results from AT&T which showed that the Target IP Address, 108.245.249.152, for the time and date of the downloads, was assigned to Heidy OSPINA at     **Cir. Tamarac, FL 33321.**

Florida Department of Vehicles inquiry for Heidy OSPINA revealed her listed address as

arac, FL 33321.

10. On October 29, 2015, HSI Special Agents conducted surveillance at the address and vehicles were identified that are listed under the name of Heidy **OSPINA**.

11. On November 13, 2015, your Affiant conducted a wireless Internet network scan immediately in front of the Target Premises at    **Tamarac, FL 33321** which revealed multiple secured wireless Internet networks.

12. On November 20, 2015, your affiant obtained a search warrant for the Target Premises.

13. On November 24, 2015, law enforcement officers executed the search warrant at the Target Premises. During the search, one Toshiba laptop was located in **OSPINA**'s bedroom. An on-site forensic preview of the Toshiba revealed fifteen (15) videos files containing child pornography. Some of the images recovered are described as follows:

   a. The video was titled **"2010 pthc babyshivid frifram 3way 06_1.avi"** This video depicts a minor boy being anally penetrated by an adult male.

   b. video entitled **"Babyboy toddler anal nightly.mpg"** This video depicts a minor child being annually penetrates the minor with his penis.

14. **OSPINA** was present during the search, was read his *Miranda* rights and chose to speak to law enforcement without an attorney. During the post-*Miranda* interview, **OSPINA** told agents that he has been using the ARES program on his Toshiba laptop computer for over a month. **OSPINA** stated that his computer and his wireless internet network at the target premises were password protected. **OSPINA** stated that he used search terms such as: PTHC and man/boy

on the ARES network. **OSPINA** stated that he downloaded child pornography out of curiosity and gets sexually aroused when he views child pornography.

### IX. CONCLUSION

15. Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that ~~EVAN~~ *Edwin* JOSEPH **OSPINA** did knowingly distribute using any means or facility of interstate or foreign commerce by any means, including by computer, any visual depiction, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18 U.S.C. § 2252(a)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Vanessa Blanco, Special Agent,
Department of Homeland Security –
Homeland Security Investigations

Sworn and subscribed before me this ____ day of November, 2015.

_____
THE HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

5